# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DURRELL M. HARRIS,**

    Plaintiff,

  v.                                          Case No. 18-CV-1176

**MALLORY MEVES,**
**ANDREW LENTZ, and**
**ERIC ALLEN,**

    Defendants.

## ORDER

On April 6, 2020, Durrell M. Harris, who is representing himself, filed a motion for default judgment. (Docket # 72.) On April 25, 2020, Defendants filed a motion to strike the motion under Federal Rule of Civil Procedure 11. (Docket # 75.) On May 26, 2020, Harris filed a letter asking "that the court continue to move the case toward trial." (Docket # 79.) I construe Harris's letter as a motion to withdraw his motion for default judgment.

**IT IS HEREBY ORDERED** that Harris's motion to withdraw his motion for default judgment (Docket # 79) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion to strike (Docket # 75) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin this 27th day of May, 2020.

                                                        BY THE COURT

                                                        *s/Nancy Joseph*
                                                        NANCY JOSEPH
                                                        United States Magistrate Judge